UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                  :

    -against-                                        :          08 Cr. 1341 (WHP)

CHRISTOPHER VALERA                         :          <u>ORDER</u>

               Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        Christpher Valera, through his counsel, Philip L. Weinstein, Esq. of the Federal Defenders, requested early termination of his term of supervised release. Based on Valera's compliance with all of his terms of supervised release, the Government and the U.S. Probation Department do not oppose Valera's request. Accordingly, this Court grants Valera's request and his term of supervised release is terminated.

Dated: January 2, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.